UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALAAL ABDULLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY SANTORO, *et al*.<br><br>    Defendants. | Case No. 1:24-cv-00572-CDB (PC)<br><br>ORDER GRANTING REQUEST TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 3)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

    Plaintiff Jalaal Abdullah ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed under 42 U.S.C. § 1983. (Doc. 1). Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and has made the showing required by subsection 1915(a). (Doc. 5). Accordingly, the request to procced *in forma pauperis* is GRANTED.

    Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action and to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(1). The California Department of Corrections and Rehabilitation is required to send to the Clerk of Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, it is hereby ORDERED:

1. Plaintiff's application to proceed *in forma pauperis*, (Doc. 3), is GRANTED;

**2. The Director of the California Department of Corrections and Rehabilitation or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court. The payments shall clearly identify the name and number assigned to this action.**

3. The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections and Rehabilitation via the Court's electronic case filing system (CM/ECF).

4. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **May 17, 2024**

UNITED STATES MAGISTRATE JUDGE