**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JALAAL ABDULLAH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY SANTORO, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-0572 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 12) |

Jalaal Abdullah seeks to hold the defendants liable for violations of his civil rights while he was incarcerated at North Kern State Prison. (*See generally* Doc. 1.) After the Court issued an order screening Plaintiff's complaint (Doc. 10), the U.S. Postal Service returned the Court's order marked "Undeliverable, Not at CSATF/ SP Corcoran, Inactive, Released, Unable to Forward, Return to Sender" on June 9, 2025. The magistrate judge determined that Plaintiff failed to comply with Local Rule 183(b)—which requires parties appearing *in propria persona* to keep the Court informed of their current addresses—and failed to comply with the Court's order concerning the same requirement. (Doc. 12 at 2-3.) The magistrate judge found terminating sanctions are appropriate, after considering the factors identified by the Ninth Circuit in *n re Phenylpropanolamine (PPA) Products Liability Litigation,* 460 F.3d 1217, 1226 (9th Cir. 2006). (*Id.* at 3-5.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 6.)

1   The Court served the Findings and Recommendations on Plaintiff at the only address on
2   record and informed him that any objections were due within 14 days.[1]  (Doc. 12 at 6.)  In
3   addition, the Court informed Plaintiff that the "failure to file any objections within the specified
4   time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772
5   F.3d 834, 839 (9th Cir. 2014).)  Although the Court's mail was not returned as undeliverable,
6   Plaintiff did not file any objections and the time to do so expired.

7   According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.
8   Having carefully reviewed the matter, the Court concludes the Findings and Recommendations
9   are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

10  1. The Findings and Recommendations issued on July 17, 2025 (Doc. 12) are
11     **ADOPTED** in full.
12  2. The action is **DISMISSED** without prejudice.
13  3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **August 10, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] The Court's service is deemed fully effective pursuant to Local Rule 182(f).

2